# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:21−cr−00142−DSD−ECW−1
### *Internal Use Only*

Case title: USA v. Miller, et al

Date Filed: 06/16/2021

Date Terminated: 05/18/2023

Assigned to: Judge David S. Doty
Referred to: Magistrate Judge
Elizabeth Cowan Wright

**Defendant (1)**

| | | |
|---|---|---|
| **Mark Allen Miller**<br>*TERMINATED: 05/18/2023* | represented by | **Robert A Lengeling**<br>Beito & Lengeling, PA<br>310 Fourth Avenue South, Suite 1050<br>Mpls, MN 55415<br>612−767−1618<br>Fax: 612−333−8003<br>Email: rob@beitolengelinglaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371, 15:78j(b) and 78ff and 17 C.F.R. Section 240.10b−5 CONSPIRACY TO COMMIT SECURITIES FRAUD (1) | Custody of the BOP for 12 months and 1 day; 2 years supervised release; $100.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 15:78j(b) and 78ff; and 17 C.F.R. Section 240.10b−5, and 18:2 AIDING AND ABETTING SECURITIES FRAUD (2−10) | Dismissed |
| 18:1343 WIRE FRAUD (11−15) | Dismissed |

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                    **Disposition**

None

**Plaintiff**

**USA**                          represented by   **Craig R Baune**
                                                  United States Attorney's Office
                                                  300 S 4th St. Ste 600
                                                  Minneapolis, MN 55415
                                                  6126645600
                                                  Fax: 6126445788
                                                  Email: craig.baune@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Joseph H Thompson**
                                                  United States Attorney's Office
                                                  300 S 4th St Ste 600
                                                  Minneapolis, MN 55415
                                                  612–664–5588
                                                  Fax: 612–664–5787
                                                  Email: joseph.thompson2@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Miranda E Dugi**
                                                  United States Attorney's Office
                                                  300 S 4th St Ste 600
                                                  Minneapolis, MN 55415
                                                  612–664–5600
                                                  Email: miranda.dugi@usdoj.gov
                                                  *TERMINATED: 09/12/2022*
                                                  *Designation: Retained*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2021 | 1 | INDICTMENT (Unsealed 6/18/2021) assigned to Judge David S. Doty referred to Magistrate Judge Katherine M. Menendez by USA Joseph H Thompson as to Mark Allen Miller (1) counts 1, 2–10, 11–15, Christopher James Rajkaran (2) counts 1, 3–10, 11–15, Saeid Jaberian (3) counts 1, 7–10, 11–15. Forfeiture allegations as to this indictment. (MKB) Modified text on 6/18/2021 (MME). DOCUMENTS QC'd by KT on 6/18/21. (kt) (Entered: 06/17/2021) |

| 06/16/2021 | 2 | DOCUMENT FILED IN ERROR–WILL REFILE. Defendant Information Sheet as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (MKB) Modified text on 6/17/2021 (MKB). (Entered: 06/17/2021) |
|---|---|---|
| 06/16/2021 | 3 | Defendant Information Sheet as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (Attachments: # 1 Original Signature Page) (MKB) DOCUMENTS QC'd by KT on 6/18/21. (kt) (Entered: 06/17/2021) |
| 06/16/2021 | 5 | Oral Motion to Seal pursuant to LR 49.1 the Indictment be sealed and remain sealed until the defendants have had their first appearance by USA as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (MKB) (Entered: 06/17/2021) |
| 06/16/2021 | 6 | Oral Order granting Motion to Seal pursuant to Rule 49.1(d) of the Local Rules for the District of Minnesota, the indictments proposed to be filed under seal be so filed and remain sealed until the defendant make his/her initial appearance before the court as to Mark Allen Miller (1), Christopher James Rajkaran (2), Saeid Jaberian (3) by Judge David S. Doty on 6/16/21. (MKB) (Entered: 06/17/2021) |
| 06/18/2021 | 8 | MOTION to Unseal Case by USA as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (MME) (Entered: 06/18/2021) |
| 06/18/2021 | 9 | ORDER granting 8 Motion to Unseal Case as to Mark Allen Miller (1), Christopher James Rajkaran (2), Saeid Jaberian (3). Signed by Magistrate Judge Katherine M. Menendez on 6/18/2021. (MME) Modified text on 6/18/2021 (LEG). (Entered: 06/18/2021) |
| 06/18/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Dugi, Miranda) (Entered: 06/18/2021) |
| 06/18/2021 | 11 | Summons Issued in case as to Mark Allen Miller. Initial Appearance set for 7/2/2021 at 01:00 PM in Video Conference (no courtroom) before Magistrate Judge Hildy Bowbeer. (MKB) (Entered: 06/18/2021) |
| 06/21/2021 | 14 | AMENDED Summons Issued in case as to Mark Allen Miller. Initial Appearance set for 7/14/2021 at 01:00 PM in GSA Conference Room before Magistrate Judge Elizabeth Cowan Wright. (kt) (Entered: 06/21/2021) |
| 06/22/2021 | 15 | ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE as to Mark Allen Miller. 21–cv–1445 NEB/LIB reassigned to Judge David S. Doty and Magistrate Judge Katherine M. Menendez. Signed by Judge David S. Doty and by Nancy E. Brasel on 6/21/2021. (kt) (Entered: 06/22/2021) |
| 06/28/2021 | 19 | Summons Returned Executed on 6/23/2021 as to Mark Allen Miller. (KDS) Document QC'd on 7/22/2021 (MTP). (Entered: 06/30/2021) |
| 07/06/2021 | 28 | MOTION for Discovery by USA as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (Thompson, Joseph) (Entered: 07/06/2021) |
| 07/09/2021 | 34 | (Text–Only) ORDER/NOTICE TO ATTORNEYS as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian: The Court intends to issue a single schedule for all three defendants once all three are arraigned. At that time, assuming there is no objection, the Court will adopt a schedule that accommodates Mr. Jaberian's request for additional time to prepare pretrial motions. Ordered by Magistrate Judge Katherine M. Menendez on 7/9/2021. (KAT) (Entered: 07/09/2021) |
| 07/14/2021 | 39 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Initial Appearance as to Mark Allen Miller held on 7/14/2021. Bond set in the amount of $25,000 rpr with conditions, see Order Setting Conditions of Release. Defendant also arraigned at this hearing, see separate arraignment minutes. Defendant consents to this hearing via video conference. (JAM) (Entered: 07/14/2021) |
| 07/14/2021 | 40 | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Arraignment as to Mark Allen Miller (1) Count 1,2−10,11−15 held on 7/14/2021. Reading of Indictment Waived. Not Guilty Plea Entered. Counsel to be notified of additional dates by separate Order to be issued. Defendant consents to this hearing via video conference. (JAM) (Entered: 07/14/2021) |
| 07/14/2021 | 41 | ORDER Setting Conditions of Release as to Mark Allen Miller. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/14/2021. (JAM) (Entered: 07/14/2021) |
| 07/14/2021 | 42 | Appearance Bond Entered as to Mark Allen Miller in amount of $25,000.00 RPR,. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/14/2021. (JAM) (Entered: 07/14/2021) |
| 07/14/2021 | 44 | ARRAIGNMENT ORDER as to Mark Allen Miller. Government Disclosure due by 7/21/2021. Motions due by 8/23/2021. Motion Hearing set for 9/15/2021 at 01:00 PM before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Elizabeth Cowan Wright on 7/14/2021. (Attachments: # 1 LR 12.1) (JAM) (Entered: 07/14/2021) |
| 07/15/2021 | 45 | MOTION for Protective Order by USA as to Mark Allen Miller, Christopher James Rajkaran, Saeid Jaberian. (Thompson, Joseph) (Entered: 07/15/2021) |
| 07/15/2021 | 46 | PROTECTIVE ORDER GOVERNING DISCOVERY granting 45 Motion for Protective Order as to Mark Allen Miller (1), Christopher James Rajkaran (2), Saeid Jaberian (3). Signed by Magistrate Judge Katherine M. Menendez on 7/15/2021. (KAT) (Entered: 07/15/2021) |
| 08/23/2021 | 48 | MOTION for Extension of Time to File *Pre−trial Motions* by Mark Allen Miller. (Lengeling, Robert) (Entered: 08/23/2021) |
| 08/25/2021 | 62 | ORDER granting 48 Motion for Extension of Time to File as to Mark Allen Miller (1). Motions due by 9/6/2021. Motion Hearing set for 9/15/2021 at 01:00 PM before Magistrate Judge Katherine M. Menendez, in a location to be determined. See Order for other deadlines and details. Signed by Magistrate Judge Katherine M. Menendez on 8/25/2021. (KAT) (Entered: 08/25/2021) |
| 09/07/2021 | 65 | LETTER TO MAGISTRATE JUDGE by Mark Allen Miller (Lengeling, Robert) (Entered: 09/07/2021) |
| 09/07/2021 | 66 | (Text−Only) NOTICE of Cancelation of Hearing as to Mark Allen Miller. The Court has been notified that Mr. Miller is not filing pretrial motions and has asked to be excused from the pretrial motions hearing, therefore the pretrial motions hearing set for 9/15/21 at 1:00 PM is CANCELED regarding Mark Allen Miller. (KAT) (Entered: 09/07/2021) |
| 09/22/2021 | 78 | (Text−Only) NOTICE OF SETTING CHANGE OF PLEA as to Mark Allen Miller. Change of Plea Hearing set for 10/14/2021 at 01:30 PM in Courtroom 14W (MPLS) before Judge David S. Doty. (DLO) (Entered: 09/22/2021) |

| 10/08/2021 | 82 | (Text–only) ORDER: In light of the recent and pending plea agreements, the the Court finds that the government's discovery motion 28 is moot as to Mark Allen Miller (1) and Christopher James Rajkaran (2). Signed by Magistrate Judge Katherine M. Menendez on 10/8/2021. (BJP) (Entered: 10/08/2021) |
|---|---|---|
| 10/08/2021 | 83 | Release Status Report to the Court as to Mark Allen Miller. (CNS) (Entered: 10/08/2021) |
| 10/14/2021 | 85 | Minute Entry for proceedings held before Judge David S. Doty: Change of Plea Hearing as to Mark Allen Miller held on 10/14/2021. Plea entered by Mark Allen Miller (1) Guilty Count 1. (Court Reporter Renee Rogge) (DLO) (Entered: 10/14/2021) |
| 12/02/2021 | 91 | Letter to the Court re: Preliminary Notice as to Mark Allen Miller. (SDB) (Entered: 12/02/2021) |
| 12/02/2021 | 92 | PRELIMINARY PRESENTENCE REPORT as to Mark Allen Miller (Restricted Document). (SDB) (Entered: 12/02/2021) |
| 12/13/2021 | 93 | &#040Text–Only&#041 NO OBJECTIONS to 92 Presentence Report/Addendum by USA as to Mark Allen Miller. (Thompson, Joseph) (Entered: 12/13/2021) |
| 12/16/2021 | 95 | SEALED OBJECTION to Presentence Report by Mark Allen Miller. (Lengeling, Robert) (Entered: 12/16/2021) |
| 12/22/2021 | 96 | (Text–Only) CLERK'S NOTICE OF REASSIGNMENT. Due to the elevation of Judge Katherine M. Menendez to District Judge, this case is reassigned to Magistrate Judge Hildy Bowbeer. Magistrate Judge Katherine M Menendez no longer assigned to the case. **NOTE:** the new case number is **21–cr–142 DSD/HB**. Please use this case number for all subsequent pleadings. Note: the current hearings and deadlines in these cases may be reset (if necessary) by the new MJ Courtroom Deputy. (kt) (Entered: 12/22/2021) |
| 12/30/2021 | 100 | Letter to the Court re: Final Notice as to Mark Allen Miller (Restricted Document). (SDB) (Entered: 12/30/2021) |
| 12/30/2021 | 101 | PRESENTENCE REPORT/ADDENDUM as to Mark Allen Miller (Restricted Document). (Attachments: # 1 Addendum)(SDB) (Entered: 12/30/2021) |
| 01/11/2022 | 104 | MOTION for Extension of Time to File Position Pleadings by Mark Allen Miller. (Lengeling, Robert) (Entered: 01/11/2022) |
| 01/12/2022 | 106 | ORDER granting 104 Motion for Extension of Time to File Position Pleadings as to Mark Allen Miller (1). Signed by Judge David S. Doty on 1/12/2022. (DLO) (Entered: 01/12/2022) |
| 05/16/2022 | 153 | (Text–Only) CLERK'S NOTICE OF REASSIGNMENT. Due to the retirement of Magistrate Judge Hildy Bowbeer, this case is reassigned to Magistrate Judge Elizabeth Cowan Wright. Magistrate Judge Hildy Bowbeer is no longer assigned to the case. **NOTE:** the new case number is **21–cr–142 DSD/ECW**. Please use this case number for all subsequent pleadings. (CLK) (Entered: 05/16/2022) |
| 04/13/2023 | 181 | (Text–Only) NOTICE of Setting Sentencing as to Mark Allen Miller: Sentencing set for 5/18/2023 at 11:00 AM in Courtroom 14W (MPLS) before Judge David S. Doty. (DLO) (Entered: 04/13/2023) |
| 05/01/2023 | 188 | |

| | | |
|---|---|---|
| | | TRANSCRIPT REQUEST for a 30–Day Transcript of <u>85</u> Change of Plea Hearing and Plea Entered to Court Reporter Renee Rogge. (JGK) (Entered: 05/01/2023) |
| 05/03/2023 | <u>190</u> | MOTION for Extension of Time to File Position Pleadings by USA as to Mark Allen Miller. (Thompson, Joseph) (Entered: 05/03/2023) |
| 05/04/2023 | 191 | (Text–Only) ORDER granting <u>190</u> Motion for Extension of Time to File Position Pleadings. Parties position papers are due on 5/8/2023 as to Mark Allen Miller (1). Ordered by Judge David S. Doty on 5/4/2023. (DLO) (Entered: 05/04/2023) |
| 05/08/2023 | <u>194</u> | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Mark Allen Miller (Thompson, Joseph) (Entered: 05/08/2023) |
| 05/17/2023 | <u>203</u> | MOTION for Voluntary Surrender by Mark Allen Miller. (Lengeling, Robert) (Entered: 05/17/2023) |
| 05/18/2023 | <u>206</u> | TRANSCRIPT of Change of Plea Hearing held on 10/14/2021 before Judge David S. Doty as to Mark Allen Miller. (37 pages). Court Reporter: Renee Rogge. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u> >Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Notice Intent/No Intent to Request Redactions due 5/25/2023.<br>Redaction Request due 6/8/2023.<br>Redacted Transcript Deadline set for 6/20/2023.<br>Release of Transcript Restriction set for 8/16/2023.<br>(RAR) (Entered: 05/18/2023) |
| 05/18/2023 | 207 | TEXT ONLY ENTRY. ORDER granting <u>203</u> Motion for Voluntary Surrender as to Mark Allen Miller (1). Signed by Judge David S. Doty on 5/18/2023. (DLO) Modified text on 5/22/2023 (DLO). (Entered: 05/18/2023) |
| 05/18/2023 | <u>209</u> | Minute Entry for proceedings held before Judge David S. Doty: Sentencing held on 5/18/2023 for Mark Allen Miller. (Court Reporter Brittany Blesener) (DLO) (Entered: 05/18/2023) |
| 05/18/2023 | <u>210</u> | SENTENCING JUDGMENT as to Mark Allen Miller (1). SENTENCED to Count 1, Custody of the BOP for 12 months and 1 day; 2 years supervised release; $100.00 special assessment. Remaining counts dismissed. Signed by Judge David S. Doty on 5/18/2023. (MKB) (Entered: 05/18/2023) |
| 05/18/2023 | <u>211</u> | Statement of Reasons as to Mark Allen Miller (Restricted Document). (cc: FLU and USA Close Out Unit) (MKB) (Entered: 05/18/2023) |
| 05/24/2023 | <u>212</u> | AMENDED SENTENCING JUDGMENT as to Mark Allen Miller (1), SENTENCED to Count 1, Custody of the BOP for 12 months and 1 day; 2 years supervised release; $100.00 special assessment. Remaining counts dismissed. Signed by Judge David S. Doty on 5/24/2023. (ACH) (Entered: 05/24/2023) |
| 05/25/2023 | <u>213</u> | Release Status Report to the Court as to Mark Allen Miller. (MAV) (Entered: 05/25/2023) |

| 05/26/2023 | 214 | MOTION FOR FORFEITURE by USA as to Mark Allen Miller. (Baune, Craig) (Entered: 05/26/2023) |
|---|---|---|
| 05/26/2023 | 215 | PROPOSED ORDER TO JUDGE re 214 MOTION FOR FORFEITURE by USA as to Mark Allen Miller (Baune, Craig) (Entered: 05/26/2023) |
| 05/26/2023 | 216 | TRANSCRIPT REQUEST for a 30–Day Transcript of 209 Sentencing to Court Reporter Brittany Blesener. (Lengeling, Robert) (Entered: 05/26/2023) |
| 05/26/2023 | 217 | NOTICE OF APPEAL by Mark Allen Miller Filing fee $ 505, receipt number AMNDC–10305811. (Lengeling, Robert) (Entered: 05/26/2023) |
| 05/30/2023 | 218 | ORDER granting 214 MOTION FOR FORFEITURE as to Mark Allen Miller (1). Signed by Judge David S. Doty on 5/30/2023. (DLO) (Entered: 05/30/2023) |
| 05/30/2023 | 219 | REDACTED REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Mark Allen Miller. ** Pursuant to Fed.R.Crim.P. 49.1, an unredacted version of this document has been filed under seal with the Clerk. (MMP) Modified text on 5/30/2023 (MMP). (Entered: 05/30/2023) |
| 05/30/2023 | 220 | *Unredacted Revised Information Sheet* as to Mark Allen Miller (Restricted Document). (MMP) (Entered: 05/30/2023) |
| 05/30/2023 | | Electronic transmission of Notice of Appeal and Docket Sheet as to Mark Allen Miller to US Court of Appeals re 217 Notice of Appeal – Final Judgment. Transmitted electronically the following documents: Notice of Appeal 217 , Judgment 210 , Amended Sentencing Judgment 212 Redacted Revised Information Sheet 219 Unredacted Revised Information Sheet 220 and District Court's Docket Sheet. (MMP) (Entered: 05/30/2023) |
| 05/30/2023 | 221 | (Text–Only) Notice to USCA of Subsequent Filing in a Criminal Case, Re: Transcript, 206 as to Mark Allen Miller. (MMP) (Entered: 05/30/2023) |

AO 245B (Rev. 11/16)  Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **JUDGMENT IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: **0:21-CR-00142-DSD-ECW(1)** |
| **MARK ALLEN MILLER** | § | USM Number: **55157-509** |
| | § | <u>Robert A. Lengeling</u> |
| | § | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to **count 1 of the Indictment**.

☐ pleaded nolo contendere to count(s) which was accepted by the court

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18:371, 15:78j(b) and 78ff and 17 C.F.R. Section 240.10b-5 CONSPIRACY TO COMMIT SECURITIES FRAUD | 12/31/2019 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts 2-15 of the Indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

|  |
|---|
| **May 18, 2023** |
| Date of Imposition of Judgment |
| |
| s/David S. Doty |
| Signature of Judge |
| |
| **DAVID S. DOTY**, Senior United States District Judge |
| Name and Title of Judge |
| |
| **May 18, 2023** |
| Date |

1

AO 245B (Rev. 11/16)  Sheet 2 - Imprisonment

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day as to count 1.**

☒  The court makes the following recommendations to the Bureau of Prisons:

**Incarceration at the FPC-Duluth, Duluth, MN**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____          on _____

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒  **before 10:00 a.m. on Wednesday, August 16, 2023. If no institution has been designated by that date, the defendant shall surrender to the United States Marshal for this district in Minneapolis, Minnesota by 10:00 a.m. on Wednesday, August 16, 2023.**

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

2

AO 245B (Rev. 11/16)  Sheet 3 – Supervised Release

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **two (2) years**.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

3

AO 245B (Rev. 11/16)  Sheet 3A – Supervised Release

DEFENDANT:            MARK ALLEN MILLER
CASE NUMBER:      0:21-CR-00142-DSD-ECW(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature  _____      Date  _____

Probation Officer's Signature  _____      Date  _____

AO 245B (Rev. 11/16)  Sheet 3D – Supervised Release

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# SPECIAL CONDITIONS OF SUPERVISION

1.   Defendant shall submit to substance abuse testing as approved and directed by the probation officer.

2.   If not employed at a regular occupation, as deemed appropriate by the probation officer, defendant may be required to perform up to 20 hours of community service per week until employed.  Defendant must also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

3.   Defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

4.   Defendant is prohibited from purchasing, trading, or selling stocks during his term of supervision.

AO 245B (Rev. 11/16)  Sheet 5 – Criminal Monetary Penalties

DEFENDANT:  MARK ALLEN MILLER
CASE NUMBER:  0:21-CR-00142-DSD-ECW(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name and Address of Payee | ***Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $0.00 | $0.00 | 0.00% |
| **Payments are to be made to the Clerk, U.S. District Court, for disbursement to the victim.** |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options  may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution
  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

6

AO 245B (Rev. 11/16)  Sheet 6 – Schedule of Payments

| | |
|---|---|
| DEFENDANT: | MARK ALLEN MILLER |
| CASE NUMBER: | 0:21-CR-00142-DSD-ECW(1) |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of **$100.00** due immediately

☐ not later than _____ , or

☒ in accordance ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment;
or

**D** ☐ Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which
shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

See Preliminary Order of Forfeiture (docket no. _____ )

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.

Appellate Case: 23-2312   Page: 14   Date Filed: 05/31/2023 Entry ID: 5280930   May 30 2023 p 14

AO 245B (Rev. 11/16)  Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | §    **AMENDED** |
| | §    **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | §    Case Number: **0:21-CR-00142-DSD-ECW(1)** |
| **MARK ALLEN MILLER** | §    USM Number: **55157-509** |
| (New surrender date pg.2) | §    **Robert A. Lengeling** |
| | §    <span style="font-size:smaller">Defendant's Attorney</span> |

## THE DEFENDANT:

☒ pleaded guilty to **count 1 of the Indictment**.

☐ pleaded nolo contendere to count(s) which was accepted by the court

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:371, 15:78j(b) and 78ff and 17 C.F.R. Section 240.10b-5 CONSPIRACY TO COMMIT SECURITIES FRAUD | 12/31/2019 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts 2-15 of the Indictment are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**May 18, 2023**
<span style="font-size:smaller">Date of Imposition of Judgment</span>

s/David S. Doty
<span style="font-size:smaller">Signature of Judge</span>

**DAVID S. DOTY**, Senior United States District Judge
<span style="font-size:smaller">Name and Title of Judge</span>

**May 24, 2023**
<span style="font-size:smaller">Date</span>

1

AO 245B (Rev. 11/16)  Sheet 2 - Imprisonment

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day as to count 1**.

☒     The court makes the following recommendations to the Bureau of Prisons:

      **Incarceration at the FPC-Duluth, Duluth, MN**

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

     ☐     at _____          on _____

     ☐     as notified by the United States Marshal.

☒     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☒     **before 10:00 a.m. on Tuesday, August 22, 2023.  If no institution has been designated by that date, the defendant shall surrender to the United States Marshal for this district in Minneapolis, Minnesota by 10:00 a.m. on Tuesday, August 22, 2023.**

     ☐     as notified by the United States Marshal.

     ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                _____
                                  UNITED STATES MARSHAL

                         By _____
                             DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 11/16)  Sheet 3 – Supervised Release

| | |
|---|---|
| DEFENDANT: | MARK ALLEN MILLER |
| CASE NUMBER: | 0:21-CR-00142-DSD-ECW(1) |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **<u>two (2) years</u>**.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. 11/16)  Sheet 3A – Supervised Release

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

Probation Officer's Signature _____     Date _____

4

AO 245B (Rev. 11/16)  Sheet 3D – Supervised Release

DEFENDANT:          MARK ALLEN MILLER
CASE NUMBER:        0:21-CR-00142-DSD-ECW(1)

# SPECIAL CONDITIONS OF SUPERVISION

1.   Defendant shall submit to substance abuse testing as approved and directed by the probation officer.

2.   If not employed at a regular occupation, as deemed appropriate by the probation officer, defendant may be required to perform up to 20 hours of community service per week until employed.  Defendant must also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

3.   Defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

4.   Defendant is prohibited from purchasing, trading, or selling stocks during his term of supervision.

5

AO 245B (Rev. 11/16)  Sheet 5 – Criminal Monetary Penalties

DEFENDANT:        MARK ALLEN MILLER
CASE NUMBER:      0:21-CR-00142-DSD-ECW(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|          | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|----------|-----------|-------------|------|------------------|-------------------|
| **TOTALS** | $100.00 | $.00 | $.00 | $.00 | $.00 |

☐  The determination of restitution is deferred until      An *Amended Judgment in a Criminal Case (AO245C)*
     will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount
     listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name and Address of Payee** | ***Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------------------|-----------------|-------------------------|----------------------------|
|                               |                 |                         |                            |
|                               |                 |                         |                            |
|                               |                 |                         |                            |
| TOTALS:                       | $0.00           | $0.00                   | 0.00%                      |
| **Payments are to be made to the Clerk, U.S. District Court, for disbursement to the victim.** | | | |

☐  Restitution amount ordered pursuant to plea agreement $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
     the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options  may be subject to
     penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
     ☐  the interest requirement is waived for the      ☐  fine       ☐  restitution
     ☐  the interest requirement for the               ☐  fine       ☐  restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994,
but before April 23, 1996.

6

AO 245B (Rev. 11/16)  Sheet 6 – Schedule of Payments

| | |
|---|---|
| DEFENDANT: | MARK ALLEN MILLER |
| CASE NUMBER: | 0:21-CR-00142-DSD-ECW(1) |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of **$100.00** due immediately

☐ not later than _____ , or

☒ in accordance ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

See Preliminary Order of Forfeiture (docket no. _____ )

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

7

# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO _____

United States of America
_____
Plaintiff

vs
Mark Allen Miller
_____
Defendant

21-cr-142 (01)(DSD/ECW)
_____
District Court Docket Number
Hon. David Doty
_____
District Court Judge

Notice is given that  Mark Miller  appeals to the United States Court of Appeals
for the Eighth Circuit from the  [✓] Judgment & Commitment  [ ] Order (Specify)
entered in this action on  May 18, 2023.

_RJL Lengeling_ (signature)

Robert A. Lengeling
_____
Typed name of Defendant's Counsel

Signature of Defendant's Counsel
310 Fourth Ave S, Suite 1050
_____
Street Address/Room Number

( 612 ) 963-1555
_____
Telephone Number

Minneapolis      MN      55415
_____
City           State        Zip

5-26-23
_____
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✔] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof _____
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify) _____

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _X_ Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

_RJL Lengeling_ (signature)

5-26-23

Attorney's Signature                                    Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address :   **ADDRESS REDACTED**

   **ADDRESS REDACTED**

2. Date of Sentence: May 18, 2023    ☐ Jury    ☑ Non-Jury

   Offenses:   Securities Fraud

   Trial Testimony - Number of days _____   Bail Status: _____

3. Sentence and Date Imposed: 1 year and a day; 2 years sup. release. Imposed 5-24-23

4. Appealing:   Sentence ☑   Conviction ☐   Both ☐

   Challenging: ☑   Application of Sentencing Guidelines

   ☐   Constitutionality of Guidelines

   ☐   Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:

   May 26, 2023

   Stenographer in Charge :   Brittany Blesener

   (Name, Address, Phone)   300 S Fourth St, Minneapolis, MN 55415

   612-664-5162

6. Trial Counsel Was:   ☐ Appointed (no fee required)   ☑ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?

   ☐ Yes   ☑ No

   Affidavit of Financial Status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: AUSA Joseph Thompson

   612-664-5600

---

## Court Reporter Acknowledgment

_____   _____   _____
Date Order Received   Estimated Completion Date   Est. Number of Pages

_____   _____
Court Reporter Signature   Date

Noticeofappeal (11/05)

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**REDACTED REVISED INFORMATION SHEET-Criminal Cases Only**

1. United State of America v.  Mark Allen Miller   CR 21-00142-DSD-ECW-1

2. Defendant and Address:   Reg. No. 55157-509
   ADDRESS REDACTED

3. Date of Verdict: ☒ Guilty Plea Entered 10-14-21

4. Appealing:  ☒ Sentence

5. Sentence:  Custody of BOP for 12 months and 1 day, 2 yrs supervised release, special assmt of $100.00

6. Date sentence imposed: 5/18/2023

7. Defendant incarcerated?  ☒ No-Voluntary Surrender Date is: 8/22/2023

8. Financial Status:  Fee paid? ☒ Yes

9. Notice of Appeal was filed on 05/26/2023

10. Court Reporter: Renee Rogge and Brittany Blesener

11. Trial Counsel:

    Robert A Lengeling
    Beito & Lengeling, PA
    310 Fourth Avenue South, Suite 1050
    Mpls, MN 55415
    612-767-1618

12. Trial Counsel was:  ☒ Retained

Appellate Case: 23-2312     Page: 24     Date Filed: 05/31/2023 Entry ID: 5283930  May 30 2023 p 24

Is there any reason why trial counsel should not be appointed on appeal?   ☒ Yes (Appeal filed by retained counsel for Mr. Miller)

13. Assistant U.S. Attorney: Craig R. Baune, Joseph H Thompson, and Miranda E. Dugi 612-664-5600

14. List of other defendants in this case & disposition: Christopher James Rajkaran  (sentenced) and Saeid Jaberian (sentenced)

15. Additional Comments:

☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: MMP

2